NUMBER 13-07-00354-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


__ _________________________________________________________

 

LINDA BELTRAN AND NOEL BELTRAN, INDIVIDUALLY 

AND AS NEXT FRIEND OF NEREIDA BELTRAN 

AND CARLOS BELTRAN, MINORS, APPELLANTS,


v.



JESELLE A. MATHEWS, M.D. AND 

DOCTORS HOSPITAL AT RENAISSANCE, LTD. , APPELLEES. 

____________________________________________________________


On Appeal from the 92nd District Court 


of Hidalgo County, Texas.


____________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam


 Appellants' brief in the above cause was due August 17, 2007. On September 24,
2007, the Court notified appellants that the appeal was subject to dismissal for want of
prosecution unless, within ten days, appellants reasonably explained their failure to file the
brief and the appellees were not significantly injured by their failure to timely file the brief. 
See Tex. R. App. P. 42.3(b), (c). Appellants failed to respond. 

 On October 24, 2007, the Court again notified appellants of these matters by regular
and certified mail; however, the notice sent by certified mail was returned unclaimed and
no response has been filed. See id. 42.3(b), (c). Appellants have further failed to pay
required fees as directed by the Clerk of the Court.

 Accordingly, we dismiss the appeal for want of prosecution and failure to comply
with notices from the Court. See Tex. R. App. P. 38.8(a)(1); 42.3(b), (c).



 PER CURIAM

Memorandum Opinion delivered 

and filed this the 10th day of January, 2008.